**The Honorable Thomas S. Zilly**

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TALAL BATROUNY and ZEINA CHALAK, wife and husband, and the marital community comprised thereof; TAREK BATROUNY, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>Defendant. | NO. 2:17-cv-00715-TSZ<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER PLAINTIFFS' COMPLAINT |

## STIPULATION

The deadline for defendant State Farm Mutual Automobile Insurance Company ("State Farm") to respond to plaintiffs' Complaint for Breach of Contract, Violation of Consumer Protection Act, Bad Faith, Negligence, and Violations of the Insurance Fair Conduct Act ("Complaint") is currently May 15, 2017

The parties hereby stipulate that the deadline for State Farm's answer to the Complaint be extended to Tuesday, May 30, 2017.

STIPULATION AND ORDER FOR
EXTENSION OF TIME TO ANSWER
PLAINTIFFS' COMPLAINT –
NO. 2:17-cv-00715-TSZ

- 1 -

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

Parties - Stip, PropOrder Extending Time to Answer Complaint/051717 1357/7754-0429

Dated this 17th day of May, 2017.

BETTS, PATTERSON & MINES, P.S.

By   /s Joseph D. Hampton
By:   /s Shawna M. Lydon
   Joseph D. Hampton, WSBA #15297
   Shawna M. Lydon, WSBA #34238
Betts, Patterson & Mines, P.S.
One Convention Place, Suite 1400
701 Pike Street
Seattle WA  98101-3927
Telephone:  (206) 292-9988
Fax:   (206) 343-7053
E-mail:   jhampton@bpmlaw.com
E-mail:   slydon@bpmlaw.com

Attorneys for Defendant State Farm Mutual Automobile Insurance Company

Dated this 17th day of May, 2017.

NELSON BLAIR LANGER ENGLE PLLC

By:  /s Frederick P. Langer   (per email authority)
   Frederick P. Langer, WSBA #25932
Nelson Blair Langer Engle PLLC
12055 - 15th Ave NE
Seattle, WA  98125-5031
Telephone:  (206) 623-7520
Fax:   (206) 622-7068
E-mail:   fredl@nblelaw.com

Attorneys for Plaintiffs

**ORDER**

Based on the foregoing Stipulation,

IT IS HEREBY ORDERED that State Farm has until Tuesday, May 30, 2017, to respond to plaintiffs' Complaint.

Dated this 17th day of May, 2017.

*[signature: Thomas S. Zilly]*

Thomas S. Zilly
United States District Judge

STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER PLAINTIFFS' COMPLAINT –
NO. 2:17-cv-00715-TSZ

- 2 -

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

Parties - Stip, PropOrder Extending Time to Answer Complaint/051717 1357/7754-0429

Presented by:

BETTS, PATTERSON & MINES, P.S.


By:  /s Joseph D. Hampton
By:  /s Shawna M. Lydon
    Joseph D. Hampton, WSBA #15297
    Shawna M. Lydon, WSBA #34238
Attorneys for Defendant State Farm Fire and Casualty Company
Betts Patterson & Mines
One Convention Place, Suite 1400
701 Pike Street
Seattle WA  98101-3927
Telephone:  (206) 292-9988
Fax:  (206) 343-7053
E-mail:  jhampton@bpmlaw.com
E-mail:  slydon@bpmlaw.com


Nelson Blair Langer Engle PLLC


By:  /s Frederick P. Langer *(per email authority)*
    Frederick P. Langer, WSBA #25932
Nelson Blair Langer Engle PLLC
12055 - 15th Ave NE
Seattle, WA  98125-5031
Telephone:  (206) 623-7520
Fax:  (206) 622-7068
E-mail:  fredl@nblelaw.com

Attorneys for Defendant State Farm Fire and

STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER PLAINTIFFS' COMPLAINT – NO. 2:17-cv-00715-TSZ

- 3 -

Betts Patterson Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

Parties - Stip, PropOrder Extending Time to Answer Complaint/051717 1357/7754-0429