UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TALAL BATROUNY and ZEINA CHALAK,

         Plaintiffs,

  v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

         Defendant.

C17-715 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' joint motion to extend certain deadlines, docket no. 16, is GRANTED as follows: (i) the deadline for disclosure of expert testimony pursuant to Federal Rule of Civil Procedure 26(a)(2) is EXTENDED to May 23, 2018; and (ii) the deadline for completing discovery is EXTENDED to August 23, 2018. All other dates and deadlines specified in the Minute Order Setting Trial Date and Related Dates, docket no. 11, shall remain in full force and effect.[1]

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 27th day of April, 2018.

                                            William M. McCool
                                            Clerk

                                            s/Karen Dews
                                            Deputy Clerk

---

[1] In their joint motion, the parties have misstated a few of the deadlines set forth in the scheduling order, and they are encouraged to again review the Minute Order to ensure that they have calendared the dates correctly.

MINUTE ORDER - 1